UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

KENDALL HOLLINS,
    a/k/a "Vito,"

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Possession with Intent to Distribute Controlled Substances)

On or about March 22, 2023, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

KENDALL HOLLINS,
a/k/a "Vito,"

knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Felon in Possession of Firearms)

On or about March 22, 2023, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

KENDALL HOLLINS,
a/k/a "Vito,"

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, a loaded American Tactical .223 caliber rifle and a loaded Glock 9mm pistol, which were seized from storage units, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 3
(Felon in Possession of a Firearm)

On or about March 22, 2023, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

KENDALL HOLLINS,
a/k/a "Vito,"

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Springfield 9mm pistol, which was seized from a dwelling, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION
(Possession with Intent to Distribute Controlled Substances)

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of the offense in violation of 21 U.S.C. § 841(a)(1) set forth in Count 1 of this Indictment, the defendant,

KENDALL HOLLINS,
a/k/a "Vito,"

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following: approximately $1,483 in United States Currency seized on or about March 22, 2023, in Berrien County, Michigan; and a 1999 Chevy Corvette with Michigan license plate EFG7289 registered to Kendall Hollins.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)

**FORFEITURE ALLEGATION**
(Felon in Possession of Firearms)

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g) set forth in Count 2 and/or Count 3 of this Indictment, the defendant,

KENDALL HOLLINS,
a/k/a "Vito,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), the firearms and ammunition involved in or used in the offenses, namely, a loaded American Tactical .223 caliber rifle, a loaded Glock 9mm pistol, a loaded Springfield 9mm pistol, and associated .223 caliber and 9mm ammunition.

18 U.S.C. § 924(d)(1)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney